LOCOMOBILE COMPANY OF AMERICA, Respondent, v. EDWIN NICHOLS, Appellant.

Motion to dismiss an appeal.

PER CURIAM: It is settled in this department that when an appeal is allowed from the determination of the Appellate Term by the justices thereof or a justice of this court, a notice of appeal specifically setting forth the determination and the order duly entered thereon is sufficient.

The motion to dismiss the appeal is denied, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ. Motion to dismiss appeal denied, with ten dollars costs.